[No. 15690-3-II. Division Two. April 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO CORNEJO-CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00584-0, Don L. McCulloch, J., entered January 2, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 15803-6-II. Division Two. April 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD WAYNE ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00587-1, James Warme, J., entered January 31, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Morgan, JJ.

[No. 15848-5-II. Division Two. April 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ODIS KEITH RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00014-5, Don L. McCulloch, J., entered February 27, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.